UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALM RADIO CORP., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CALM.COM, INC.,<br><br>        Defendant. | Case No. 22-cv-01708-VC<br><br>**ORDER DENYING MOTION TO STRIKE AFFIRMATIVE DEFENSES**<br><br>Re: Dkt. No. 35 |

The Motion to Strike Certain of Calm.Com's Affirmative Defenses is denied. *See, e.g.*, Fed. R. Civ. P. 8(b)(1)(A); Fed. R. Civ. P. 12(h)(2)(A); *Free Speech Sys., LLC v. Menzel*, 390 F. Supp. 3d 1162, 1176 (N.D. Cal. 2019); *and Miller v. Ghirardelli Chocolate Co*., No. C 12-04936 LB, 2013 WL 3153388, at *6–7 (N.D. Cal. June 19, 2013).

**IT IS SO ORDERED.**

Dated: July 25, 2022

VINCE CHHABRIA
United States District Judge